**Frederick B. GOTTHARDT, Plaintiff/Respondent,**

v.

**MELVIN JOHN THOMAS REAL ESTATE COMPANY, et al., Defendants/Appellants.**

No. 49308.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 24, 1985.

Jack H. Ross, Clayton, for appellant Neisinger.

Rodney William Sippel, St. Louis, for defendant Melvin John Thomas Real Estate Co.

Kenneth Evan Rudd, St. Louis, for respondent Gotthardt.

ORDER

PER CURIAM.

Defendants Neisinger appeal from an order of the trial court enjoining them to remove structures encroaching on plaintiff's property and to restore plaintiff's land to its previous condition and grade. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed pursuant to Rule 84.16(b).